# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DARE, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE, INC.; INKU NAM; BARRETT DAFFIN, FRAPPIER, TREDER & WEISS, LLP <br><br> Defendants. | Case No.:19cv1765-JAH (MSB) <br><br> **ORDER VACATING HEARING** |

After a careful review of the parties' submissions, the Court deems Defendants' motions to dismiss (Doc. Nos. 3, 6) suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1). Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for December 9, 2019, at 2:30 p.m. is VACATED. The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED: November 22, 2019

_____
JOHN A. HOUSTON
United States District Judge